ANGELA CARUSO, as Administratrix of the Estate of LUIGI
CARUSO, Deceased, Respondent, *v.* TROY GAS COMPANY,
Appellant.

*Caruso* v. *Troy Gas Co.*, 153 App. Div. 431, affirmed.
(Argued May 21, 1913; decided June 10, 1913.)

APPEAL from a judgment, entered November 15, 1912,
upon an order of the Appellate Division of the Supreme
Court in the third judicial department, which reversed an
order of the court at a Trial Term setting aside a ver-
dict in favor of plaintiff and granting a new trial and
reinstated said verdict in an action to recover for the
death of plaintiff's intestate alleged to have been occa-
sioned through the negligence of defendant.

*H. D. Bailey* for appellant.

*John F. Murray* and *Andrew J. Nellis* for respondent.

Judgment affirmed, with costs, on the ground that the
evidence was sufficient to justify the finding of the jury
that the defendant maintained a nuisance; no opinion.

Concur: GRAY, WILLARD BARTLETT, CHASE, CUDDE-
BACK, HOGAN and MILLER, JJ. Absent: CULLEN, Ch. J.